**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)  Paul N. Ruiz and Sharon Ruiz          Case No. 09-23613          Chapter  7

All Cases: Moving Creditor  U.S. BANK, NATIONAL          Date Case Filed  June 29, 2009
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CSMCMORTGAGE-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2007-5

Nature of Relief Sought:  ☒ Lift Stay       ☐ Annul Stay       ☐ Other (describe) _____

Chapter 7:  _____  No-Asset Report Filed on _____
            __X__  No-Asset Report not Filed, Date of Creditors Meeting  August 12, 2009

1.   Collateral
     a.   Real Property  115 South Francisco Avenue, Chicago, IL 60612
     b.   Car Year, Make and Model  _____
     c.   Other (describe)  _____

2.   Balance owed as of Petition Date  $ 364,750.10 payoff exceeds $407,000.00
     Total of all other liens including collateral $

3.   Attach a payment history, *or* list the months post-petition for which full payment from the debtor was not received:  June 1, 2008 - July 1, 2009

4.   Estimated Value of Collateral (must be supplied in **all** cases)  $ 354,000.00

5.   Default
     a.   Pre-Petition Default
          Number of months  15   Amount  $ 46,036.48

     b.   Post-Petition Default
          i.   On direct payments to the moving creditor
               Number of months _____  Amount  $_____
          
          ii.  On payments to the Standing Chapter 13 Trustee
               Number of months _____  Amount  $_____

6.   Other Allegations
     a.   Lack of Adequate Protection § 362 (d) (1)
          i.    No Insurance _____
          ii.   Taxes Unpaid _____    Amount  $_____
          iii.  Rapidly depreciating asset _____
          iv.   Other _____

     b.   No Equity and not Necessary for an Effective Reorganization § 362 (d) (2)  __X__

     c.   Other "Cause" § 362 (d) (1) _____
          i.   Bad Faith (describe) _____
          ii.  Multiple filings _____
          iii  Other (describe) _____

     d.   Debtor's Statement of Intention regarding the collateral
          i.    ☐ Reaffirm           ii.   ☐ Redeem
          iii.  ☐ Surrender          iv.   ☒ Retain

     Date:  August 12, 2009                    /s/ Michael J. Kalkowski
                                               Counsel for Movant