**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS |
|---|---|
| | UNDER CHAPTER 7 |
| PAUL N. RUIZ | |
| SHARON RUIZ, | NO. 09-23613 |
| | JUDGE: Schmetterer, |
| DEBTORS | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of U.S. BANK, NATIONAL

ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CSMCMORTGAGE-

BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-5, by and through its

attorneys, Fisher and Shapiro, LLC, the Court having jurisdiction, being advised in the

premises and due notice having been given;

IT IS HEREBY ORDERED:

1.    That the automatic stay heretofore entered is modified to the extent necessary to

allow U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CSMCMORTGAGE-BACKED PASS-THROUGH

CERTIFICATES, SERIES 2007-5 to foreclose the mortgage on the real property

commonly known as: 115 South Francisco Avenue, Chicago, IL 60612.

2.    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CSMCMORTGAGE-BACKED PASS-THROUGH

CERTIFICATES, SERIES 2007-5 and/or its successors and assigns may, at its

option, offer, provide and enter into a potential forbearance agreement, loan

modification, refinance agreement or other loan workout/loss mitigation

agreement.  U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS CSMCMORTGAGE-BACKED PASS-THROUGH

CERTIFICATES, SERIES 2007-5 may contact the Debtor via telephone or

written correspondence to offer such an agreement.    Any such agreement shall

be non-recourse unless included in a reaffirmation agreement.

3.     That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Dated:_____**AUG 2 0 2009**_____

Entered:_____
Bankruptcy Judge

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
08-012329